# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY BESS HALE,** | ) |
| **Plaintiff,** | ) |
| v. | ) CAUSE NO. 05-CV-560-WDS |
| **MERK & CO., INC.,** | ) |
| **Defendant.** | ) |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge hereby **RECUSES** himself in this matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED:** August 12, 2005.


**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**


Case reassigned to United States District Judge David R. Herndon. All further pleadings shall bear the case number 05-560-DRH.